# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1498

_____

Alvaro Lozano-Vega

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 1, 2016
Filed: April 11, 2016
[Unpublished]

_____

Before LOKEN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Alvaro Lozano-Vega petitions for review of an order of the Board of Immigration Appeals (BIA) denying his untimely request to reopen his case based on changed country conditions–an order that we review under a highly deferential abuse-of-discretion standard. See Martinez v. Lynch, 785 F.3d 1262, 1264-65 (8th Cir. 2015); Averianova v. Holder, 592 F.3d 932, 936 (8th Cir. 2010).

The BIA carefully considered Lozano-Vega's supporting evidence, but was not persuaded that the evidence, some of which was previously available, showed changed country conditions that would affect Lozano-Vega's previously expressed fear of returning to Mexico.  See Averianova, 592 F.3d at 936-37.  We cannot conclude that the BIA's decision was an abuse of discretion, see Zhong Qin Zheng v. Mukasey, 523 F.3d 893, 895-96 (8th Cir. 2008); and having considered the other arguments in the supporting brief, we conclude that none of them provides a basis to grant the petition before us.

      Accordingly, we deny the petition for review.

_____